UNITED STATES of America,
Plaintiff–Appellee,

v.

Robert Leesean WILLIAMS,
Defendant–Appellant.

No. 15–11120
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 11, 2016.

Robert G. Davies, David Lance Goldberg, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, Kathryn Dee Risinger, U.S. Attorney's Office, Panama City, FL, for Plaintiff–Appellee.

Michelle Kathleen Daffin, Federal Public Defender's Office, Panama City, FL, Chet Kaufman, Richard Michael Summa, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before WILSON, WILLIAM PRYOR and FAY, Circuit Judges.

PER CURIAM:

Richard Summa, appointed appellate counsel for Robert Williams, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Williams's convictions and sentences are AFFIRMED.